**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:21-cr-362 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| EARNEST W. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION AND ORDER

Earnest Moore seeks early termination of his supervised release. The record shows that Mr. Moore has largely done well on supervision after some bumps on the road from July 2024 through April 2025. Since then, Mr. Moore has negative drug tests. He has stable housing, employment, and income. And he completed substance abuse counseling. At this point, the Court would like to ensure that Mr. Moore remains on his current path and continues to do well in the community. With an additional period of positive results, the Court has no doubt that Mr. Moore can and will demonstrate that early termination is warranted. Therefore, the Court **DENIES WITHOUT PREJUDICE** Mr. Moore's motion for early termination at this time. The Court will reconsider the matter, on motion, a year from now

      **SO ORDERED.**

Dated:  August 5, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio